UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 04504
    RITA S JACOBS

                                   CHAPTER 13

                                   JUDGE: JACQUELINE P COX

           Debtor
    SSN XXX-XX-2724

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 04/21/2006 and was confirmed 07/10/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 07/21/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN HOME MTG | CURRENT MORTG | .00 | .00 | .00 |
| TOYOTA MOTOR CREDIT | SECURED | 25000.00 | 3263.35 | 11552.64 |
| TOYOTA MOTOR CREDIT COMP | UNSEC W/INTER | NOT FILED | .00 | .00 |
| TOYOTA MOTOR CREDIT CORP | SECURED NOT I | 19807.65 | .00 | .00 |
| TOYOTA MOTOR CREDIT CORP | UNSEC W/INTER | NOT FILED | .00 | .00 |
| HOUSEHOLD FINANCE CORPOR | UNSEC W/INTER | 1856.68 | 142.52 | 104.27 |
| CAPITAL ONE | UNSEC W/INTER | 499.49 | 6.46 | 21.36 |
| CAPITAL ONE | UNSEC W/INTER | 3624.15 | 46.82 | 155.00 |
| CARDMEMBER SERVICES | UNSEC W/INTER | NOT FILED | .00 | .00 |
| HSBC BANK NEVADA NA | UNSEC W/INTER | 2496.22 | 191.68 | 140.18 |
| ROUNDUP FUNDING LLC | UNSEC W/INTER | 2500.86 | 192.04 | 140.43 |
| ECAST SETTLEMENT CORP | UNSEC W/INTER | 777.66 | 59.69 | 43.68 |
| MARSHALL FIELDS | UNSEC W/INTER | 3561.94 | 46.00 | 152.35 |
| PAYDAY LOAN STORE | UNSEC W/INTER | NOT FILED | .00 | .00 |
| SHORT TERM LOAN | UNSEC W/INTER | 475.00 | 6.14 | 20.31 |
| THE CASH STORE | UNSEC W/INTER | NOT FILED | .00 | .00 |
| VON MAUR | UNSEC W/INTER | 1084.58 | 14.00 | 46.39 |
| PORTFOLIO RECOVERY ASSOC | UNSEC W/INTER | 1828.27 | 140.35 | 102.66 |
| PORTFOLIO RECOVERY ASSOC | UNSEC W/INTER | 3456.43 | 265.37 | 194.11 |
| AMERICAN HOME MTG | MORTGAGE ARRE | 1415.45 | .00 | 480.00 |
| LORD & TAYLOR | UNSEC W/INTER | 1445.03 | 18.66 | 61.81 |
| JUNIPER BANK | UNSEC W/INTER | .00 | .00 | .00 |
| PETER FRANCIS GERACI | DEBTOR ATTY | 1,710.00 | | 1,710.00 |
| TOM VAUGHN | TRUSTEE | | | 1,151.73 |
| DEBTOR REFUND | REFUND | | | .00 |

           Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  20,470.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 04504 RITA S JACOBS

```
PRIORITY                                                   .00
SECURED                                              12,032.64
         INTEREST                                     3,263.35
UNSECURED                                             1,182.55
         INTEREST                                     1,129.73
ADMINISTRATIVE                                        1,710.00
TRUSTEE COMPENSATION                                  1,151.73
DEBTOR REFUND                                              .00
                        ---------------      ---------------
TOTALS                     20,470.00            20,470.00
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 10/22/08                  /s/ Tom Vaughn
                                 _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE